ROSS *v.* TAYLOR TOWNSHIP SCHOOL BOARD.

SIMMONS *v.* SAME.

1. ADMINISTRATIVE LAW—FAIR EMPLOYMENT PRACTICES COMMISSION
—COURTS—RECORD.

The review by the circuit court of action taken by the fair em-
ployment practices commission is limited to an appeal in the
nature of certiorari on the record developed before the ad-
ministrative agency.

2. APPEAL AND ERROR—QUESTIONS REVIEWABLE—REVIEW OF ORDER OF
ADMINISTRATIVE AGENCY.

Whether provisions of Constitution and subsequently adopted
statutes nullified the rule of law as declared in a case on
appeal from the circuit court made when it was reviewing
the action of an administrative agency is not passed on by
Supreme Court, where such issue is not properly before it
(Const 1963, art 5, § 29; PA 1963 [2d Ex Sess], No 45).

REFERENCES FOR POINTS IN HEADNOTES
[1, 2] 2 Am Jur 2d, Administrative Law § 697 *et seq.*
[3] 2 Am Jur 2d, Administrative Law § 730 *et seq.*
[4] 5 Am Jur 2d, Appeal and Error § 1009 *et seq.*

3. Same—Review of Order of Administrative Agency.

Appeal from a circuit court's order, made on review of an order of an administrative agency, is controlled by the constitutional and statutory law as it existed at the time the appeal was taken.

4. Costs—Appeal—Circuit Court Review of Action of Fair Employment Practices Commission.

No costs are allowed on appeal from circuit court's order denying a motion for rehearing and a motion to dismiss claim of appeal and demand for a jury trial in an appeal from a final determination of the fair employment practices commission.

Appeal from Wayne; Weideman (Carl M.), J. Submitted October 6, 1965. (Calendar Nos. 6, 7; Docket Nos. 50,494, 50,495.) Decided December 7, 1965.

Mary Ruth Ross presented a claim of discrimination on the part of the School Board of the Township of Taylor to the Michigan Fair Employment Practices Commission. Similar claim presented by Jessie Simmons. Claims upheld by commission. Appeal by school board taken to circuit court. Motion to dismiss appeal denied. Plaintiffs appeal. Order vacated and remanded with instructions.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Gerald David White* and *Carl Levin,* Assistant Attorneys General, for plaintiffs.

*Harry F. Vellmure,* for defendant school board.

O'Hara, J. This is an appeal from an order of the circuit court of Wayne county denying a motion for rehearing and a motion to dismiss a claim of appeal and demand for a jury trial in an appeal from a final determination of the fair employment

practices commission.  The circuit court's order was entered February 13, 1962.

The issue here presented is indistinguishable from that passed upon by this Court in *Lesniak* v. *Fair Employment Practices Commission,* 364 Mich 495. It is controlled by the law of that case.

Appellees urge in this brief that the Constitution of 1963, art 5, § 29, and the passage of PA 1963 (2d Ex Sess), No 45 (CL 1948, § 37.4 [Stat Ann 1965 Cum Supp § 3.548(4)]), nullifies the rule in *Lesniak.*

We do not pass upon the issue because it is not properly before us.  The case at bar is controlled by the constitutional and statutory law as it existed at the time the appeal was taken.

The order of the circuit court is vacated.  The case is remanded for disposition not inconsistent with the holding in *Lesniak,* supra.  No costs.

T. M. Kavanagh, C. J., and Dethmers, Kelly, Black, Souris, and Smith, JJ., concurred.

Adams, J., did not sit.